UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2007 JAN 24 A 10: 24
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:00CR00069(AHN) |
| v. | : | |
| | : | January 24, 2007 |
| WILLIE GRANT | : | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Felice M. Duffy, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Monday, January 29, 2007, at 12:00 P.M., there will come before this Court, at Bridgeport, Connecticut, the matter of United States v. WILLIE GRANT, Docket Number 3:00CR00069(AHN).

2. That, during the course of this matter, the presence of **WILLIE GRANT, INMATE #257532**, is important, essential and material to this matter.

3. That the said **WILLIE GRANT, INMATE #257532,** should be presented at this time and place for a bond hearing in the United States District Court in Connecticut, or from time to time thereafter as the Court may direct.

4. That the said **WILLIE GRANT, INMATE #257532,** is now confined at Northern Correctional Institute.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, **NORTHERN CORRECTIONAL**

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, **NORTHERN CORRECTIONAL INSTITUTE**, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **WILLIE GRANT, INMATE #257532** at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Monday, January 29, 2007, at 12:00 P.M. or from time to time thereafter as the Court may direct, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

FELICE M. DUFFY
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
FEDERAL BAR NUMBER ct21379

STATE OF CONNECTICUT            :
                                : ss. Bridgeport, Connecticut
COUNTY OF FAIRFIELD             :

Personally appeared before me Felice M. Duffy, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that she has read the foregoing application, that she is familiar with the contents of same, that same is true of her own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, she believes it to be true.

_____  1/24/07
JAMES R. SMART
COMMISSIONER OF THE SUPERIOR COURT
STATE OF CONNECTICUT

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, NORTHERN CORRECTIONAL INSTITUTE, SOMERS, CONNECTICUT THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, **G R E E T I N G S:**

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **WILLIE GRANT, INMATE #257532,** now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **WILLIE GRANT, INMATE #257532** at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on **Monday, January 29, 2007, at 12:00 P.M.** or from time to time thereafter, as the case may be adjourned to, and immediately after the prosecution has been concluded, the United States Marshal for the District of Connecticut, any of his proper deputies, shall return the said **WILLIE GRANT, INMATE #257532,** to the **NORTHERN CORRECTIONAL INSTITUTE,** under safe and secure conduct.

KEVIN F. ROWE
CLERK, U. S. DISTRICT COURT

The foregoing Writ is hereby allowed. Dated at 1/24/07
Bridgeport, Connecticut

_____
DEPUTY CLERK

_____
WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE