# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. WILLIE GRANT                                    Docket No. 3:00CR00069(AHN)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Charmaine R. Harkins, presenting an official report upon the conduct and attitude of Willie Grant who was sentenced to 72 months' imprisonment for a violation of 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Possess with Intent to Distribute and to Distribute a Mixture or Substance Containing Cocaine Base, by the Honorable Alan H. Nevas, Senior United States District Judge, sitting in the court at Bridgeport, Connecticut on June 19, 2001 who fixed the period of supervision at five years which commenced on July 21, 2006 and imposed the general terms and conditions theretofore adopted by the court. Special conditions include: 1) The defendant is required to participate in a substance abuse program, either inpatient or outpatient, approved by the probation officer. The defendant shall pay all, or a portion of, the costs associated with this treatment based on his ability to pay, which shall be determined by the U.S. Probation Office; and, 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, which shall include a psychological and/or psychiatric evaluation, as directed by the Probation Office. The defendant shall pay all, or a portion of, the costs associated with this treatment based on his ability to pay, which shall be determined by the U.S. Probation Office.

Mr. Grant's supervision commenced on July 21, 2006 and is scheduled to terminate on July 20, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition:** "The defendant shall not commit another federal, state, or local crime."

On August 28, 2007, Mr. Grant was arrested by the Hartford Police Department and charged with Breach of Peace 2nd Degree and Assault 3rd Degree. He is being held on a $25,000 bond. According to the attached incident report, Mr. Grant was involved in a physical altercation with his girlfriend in their home at 3:00 a.m. on August 28, 2007. His next scheduled appearance in Hartford Superior Court is October 4, 2007 under docket number CR07613809. After a criminal record check of Mr. Grant's girlfriend, it was learned that there is a Protective Order in response to this arrest.

**Charge No. 2- Standard Condition:** "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."

On August 28, 2007, Mr. Grant's pastor called the Probation Office to inform us that Mr. Grant was arrested on the aforementioned charges. He stated that the offender moved to Martin Street in Hartford, Connecticut, two weeks prior. Mr. Grant failed to notify the Probation Office of his address change within the stipulated time frame.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant lodged as a detainer.

| ORDER OF COURT | Sworn to By |
|---|---|
| Considered and ordered this 2nd day of October 2007 and ordered filed and made a part of the records in the above case. | _____<br>Charmaine R. Harkins<br>United States Probation Officer |
| _____<br>The Honorable Alvin W. Thompson<br>United States District Judge | Place Hartford, Connecticut<br><br>Date October 2, 2007 |

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 2nd day of October, 2007 at Hartford, Connecticut, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

_____
The Honorable Alvin W. Thompson
United States District Judge