# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. WILLIE GRANT                                         Docket No. 3:00CR00069(AHN)

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Charmaine R. Harkins, presenting an official report upon the conduct and attitude of Willie Grant who was sentenced to 72 months' imprisonment for a violation of 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Possess with Intent to Distribute and to Distribute a Mixture or Substance Containing Cocaine Base, by the Honorable Alan H. Nevas, Senior United States District Judge, sitting in the court at Bridgeport, Connecticut on June 19, 2001 who fixed the period of supervision at five years which commenced on July 21, 2006 and imposed the general terms and conditions theretofore adopted by the court. Special conditions include: 1) The defendant is required to participate in a substance abuse program, either inpatient or outpatient, approved by the probation officer. The defendant shall pay all, or a portion of, the costs associated with this treatment based on his ability to pay, which shall be determined by the U.S. Probation Office; and, 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, which shall include a psychological and/or psychiatric evaluation, as directed by the Probation Office. The defendant shall pay all, or a portion of, the costs associated with this treatment based on his ability to pay, which shall be determined by the U.S. Probation Office.

Mr. Grant's supervision commenced on July 21, 2006 and is scheduled to terminate on July 20, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition: "The defendant shall not commit another federal, state, or local crime."**

On August 28, 2007, Mr. Grant was arrested by the Hartford Police Department and charged with Breach of Peace 2nd Degree and Assault 3rd Degree. He is being held on a $25,000 bond. According to the attached incident report, Mr. Grant was involved in a physical altercation with his girlfriend in their home at 3:00 a.m. His next scheduled appearance in Hartford Superior Court is October 4, 2007 under docket number CR07613809. After a criminal record check of Mr. Grant's girlfriend, it was learned that there is a Protective Order in response to this arrest.

**Charge No. 2 - Standard Condition: "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**

On August 28, 2007, Mr. Grant's pastor called the Probation Office to inform us that Mr. Grant was arrested on the aforementioned charges. He stated that the offender moved to Martin Street in Hartford, Connecticut, two weeks prior. Mr. Grant failed to notify the Probation Office of his address change within the stipulated time frame.

Cont. Page 2.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a warrant lodged as a detainer.

ORDER OF COURT

Considered and ordered this 21 day of October 2007 and ordered filed and made a part of the records in the above case.

The Honorable Alan H. Nevas
Senior United States District Judge

Sworn to By

Charmaine R. Harkins
United States Probation Officer

Place Hartford, Connecticut

Date 10/21/07

Before me, the Honorable Alan H. Nevas, Senior United States District Judge, on this 21 day of October, 2007 at Bridgeport, Connecticut, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alan H. Nevas
Senior United States District Judge

Cont. Page 2.

In addition to the above, on October 16, 2007, during a routine field visit to the offender's work site, the probation office learned that Mr. Grant was terminated from his job on August 13, 2007. His employer stated that Mr. Grant entered a customer's hotel room without authorization.

**Charge No. 3- Standard Condition: "The defendant shall notify the probation officer within seventy-two hours of being arrrested or questioned by a law enforcement officer."**

Mr. Grant reported to the probation office on August 17, 2007 and did not report contact with the Hartford Police Department. Attached, please find the incident report. According to the Hartford Police Department, the investigation is ongoing.