# UNITED STATES DISTRICT COURT

**FILED**

District of          CONNECTICUT

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| **V.** | (For **Revocation** of Probation or Supervised Release) |

2007 DEC 11 P 12: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Willie Grant

| Case Number: | 3:00CR00069(AHN) |
| --- | --- |
| USM Number: | 13887-014 |

Francis L. O'Reilly
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Mandary Condition | Not commit another local, state, or federal crime | 8/28/07 |
| Standard Condition | Notify PO 10 days prior to change in residence | 8/28/07 |
| Standard Condition | Notify PO within 72 hours of being questioned by law enforcement officer | 8/28/07 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

11/26/07
Date of Imposition of Judgment

Defendant's Residence Address:

Signature of Judge

Alan H. Nevas, Senior United States District Judge
Name and Title of Judge

Defendant's Mailing Address:

12/6/07
Date

*lus*

DEFENDANT:   Willie Grant
CASE NUMBER:   3:00CR00069(AHN)

Judgment — Page  2  of  4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   time served

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.  ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:      Willie Grant
CASE NUMBER:    3:00CR00069(AHN)

Judgment—Page __3__ of __4__

# CONDITIONS OF SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :     **44 months (7/20/2011)**

In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:

## MANDATORY CONDITIONS

☐ (1)  The defendant shall not commit another federal, state or local offense;
☐ (2)  The defendant shall not unlawfully possess a controlled substance;
☐ (3)  The defendant who is convicted for a domestic violence crime as defined in 18 U.S.C. section 3561(b) for the first time shall attend a public, private, or private non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of the legal residence of the defendant;
☐ (4)  The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance;
☐ (5)  If a fine is imposed and has not been paid upon release to supervised release, the defendant shall adhere to an  installment schedule to pay that fine;
☐ (6)  The defendant shall (A) make restitution in accordance with 18 U.S.C. sections 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; and (B) pay the assessment imposed in accordance with 18 U.S.C. section 3013;
☐ (7)  A defendant convicted of a sexual offense as described in 18 U.S.C. sections 4042(c)(4) shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision, and shall register as a sex offender in any State where the person resides, is employed, carries on a vocation or is a student.
☐ (8)  The defendant shall cooperate in the collection of a DNA sample from the defendant.

While on supervised release, the defendant shall also comply with all of the following Standard Conditions:

## STANDARD CONDITIONS

The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer;

(1)  The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
(2)  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
(3)  The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living);
(4)  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
(5)  The defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
(6)  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
(7)  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court;
(8)  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
(9)  The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
(10)  The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
(11)  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
(12)  The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment;
(13)  The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

The defendant shall report to the Probation Office in the district to which the defendant is released within 72 hours of release from the custody of the U.S. Bureau of Prisons.  Upon a finding of a violation of supervised release, I understand that the court may (1) revoke supervision and impose a term of imprisonment, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____
      Defendant

Date _____


U.S. Probation Officer/Designated Witness

Date _____

DEFENDANT:     Willie Grant

CASE NUMBER:   3:00CR00069(AHN)

Judgment—Page ___4___ of ___4___

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall participate in a program approved by the Probation Office for inpatient or outpatient substance abuse treatment and testing. The defendant shall pay all, or a portion of, the costs associated with treatment, based on the defendant's ability to pay as determined by the probation officer;

2.  The defendant shall participate in a program approved by the Probation office for mental health treatment and testing. The defendant shall pay all, or a portion of, the costs associated with treatment, based on the defendant's ability to pay as determined by the probation office;

3.  The defendant shall have no contact with Sheri Singleton.