FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2008 FEB 13 A 11: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:00CR00069(AHN) |
| WILLIE GRANT | : | |

## ORDER CONTINUING SUPERVISED RELEASE AND ADDING SPECIAL CONDITION

The above-named defendant was originally sentenced on June 19, 2001 following his conviction on a violation of 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Possess with Intent to Distribute and to Distribute a Mixture or Substance Containing Cocaine Base, to 72 months' imprisonment followed by five years' supervised release.

On October 23, 2007, this Court scheduled a Violation Hearing to Show Cause why the defendant's conditions of supervision should be modified based on allegations by the probation officer that the defendant violated the conditions of supervision.

On November 26, 2007, the defendant appeared with counsel for a Violation Hearing. On that date, the defendant was continued on supervised release with the same conditions and terms originally imposed by the Court in addition to the following:

NOW, THEREFORE, THE FOLLOWING ADDITIONAL SPECIAL CONDITION SHALL BE ORDERED:

1.   The defendant shall have no contact with Sherri Singleton.

All other conditions previously imposed will remain in effect.

Signed this 29 day of ~~December~~ Nov. 2007, at Bridgeport, Connecticut.

The Honorable Alan H. Nevas
Senior United States District Judge