# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. WILLIE GRANT                      Docket No. 3:00CR00069(AHN)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**FILED 2008 APR 24 P 2:21**
U.S. DISTRICT COURT
BRIDGEPORT, CONN

    COMES NOW Xenia T. Gray, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Willie Grant who was sentenced to 72 months' imprisonment for a violation of 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Possess with Intent to Distribute and Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine Base, by the Honorable Alan H. Nevas, Senior U.S. District Judge sitting in the court at Bridgeport, Connecticut on June 19, 2001, who fixed the period of supervised release at 5 years which commenced on July 21, 2006, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) The defendant is required to participate in a substance abuse program, either inpatient or outpatient, approved by the probation officer; 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, which shall include psychological and/or psychiatric evaluation, as directed by the probation office. The defendant shall pay all or a portion of the costs associated with this treatment based on his ability to pay, which shall be determined by the U.S. Probation Office.

On November 26, 2007, Mr. Grant appeared before the Court at a final revocation hearing for incurring a new arrest and for failing to notify the probation officer at least ten days prior to any change in his residence or employment. Mr. Grant's supervision was continued and the Court added a special condition that he have no contact with Sherri Singleton.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

**Standard Condition 10: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."**

Mr. Grant submitted urine samples at the probation office on March 4, 28 and April 8, 2008. All of the samples collected returned a positive result for cocaine. Mr. Grant attempted to tamper with the urine sample provided on April 8, 2008, by scooping water into the sample cup. He initially stated that the cup fell into the water before he provided the sample. He later admitted that he attempted to dilute the sample by adding water to the sample cup.

    **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Willie Grant to appear before this court at Bridgeport, Connecticut on _May 21, 2008_ at _10:00 a.m._ to show cause why supervision should not be revoked.

| | |
|---|---|
| **ORDER OF COURT** | Sworn to By |
| Considered and ordered this 23RD day of April, 2008 and ordered filed and made a part of the records in the above case. | _Xenia J. Gray_ <br> Xenia T. Gray <br> United States Probation Officer |
| /s/ Alfred V. Covello, USDJ <br> The Honorable ~~Alan H. Nevas~~ ALFRED V. COVELLO <br> Senior United States District Judge | Place  HARTFORD, CT. <br><br> Date  April 23, 2008 |

ALFRED V. COVELLO

Before me, the Honorable ~~Alan H. Nevas~~, Senior United States District Judge, on this 23RD day of April 2008, at Bridgeport, Connecticut. U.S. Probation Officer Xenia T. Gray appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and

/s/ Alfred V Covello, USDJ
~~Alan H. Nevas~~ ALFRED V. COVELLO
Senior United States District Judge