HONORABLE **Nevas**
DEPUTY CLERK **Moritz**
USPO **Gray**
RPTR/ECRO/TAPE **Payton**
INTERPRETER _____

TOTAL TIME: ___ hours **20** minutes
DATE **5/21/08**   START TIME **10:10**   END TIME **10:30**

CR. No. **00CR69**   DEFT # _____

UNITED STATES OF AMERICA §
§   **James Smait** AUSA
vs. §
§
**Willie Grant** §
§   **Frank O'Reilly** ☐
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

☑ SUPERVISED RELEASE   ☐ PROBATION   ☐ COMPLIANCE HEARING (check one)

☐ ....... Deft arrested on _____
☐ ....... Deft failed to appear, Bench warrant to issue
☐ .......         Violation Hrg continued until _____ at _____
☑ ....... Deft admits violation
☐ ....... CJA 23 Financial Affidavit filed ☐ sealed by the Court.
☐ ....... Court appoints _____ to represent defendant ☐ for this proceeding ☐ for entire proceeding;
         CJA Appointment date: _____
☐ ....... Order appointing Federal Public Defender's Office filed
☑ ....... Court finds deft ☑ has ☐ has not violated terms of ☐ probation ☑ supervised release
☐ ....... Probation/Supervised Release ☐ revoked ☐ continued ☐ modified
☑ ....... **8** months imprisonment on Count(s) _____
☐ ....... Upon release the defendant shall be on supervised release for a term of _____ years/months
☑ ....... **No** ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s) _____
☐ ....... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
☐ ....... Court recommends incarceration at _____
☐ ....... Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release
         ☐ community confinement (Halfway House)
☐ ....... Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ ....... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐ ....... Bond ☐ continued ☐ set at $_____ ☐ Non-surety ☐ Surety ☐ PR
☐ ....... Violation sentencing set for _____
☑ ....... Deft detained
☐ .......

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE